IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| DANNY BITTLE and<br>CAROLYN BITTLE,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND<br>CASUALTY COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   No. 3:08cv00894<br>)<br>)   Judge Haynes<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

It appearing to the Court, as evidenced by the signatures of counsel hereon, that all matters in controversy between Plaintiffs Danny Bittle and Carolyn Bittle and Defendant State Farm Fire and Casualty Company have been compromised and settled, it is therefore

ORDERED that the action of Plaintiffs against Defendant be DISMISSED WITH PREJUDICE with each party bearing its own fees and costs.

 

_____
THE HONORABLE WILLIAM HAYNES
UNITED STATES DISTRICT JUDGE

1